# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| GREGORY PEEPLES, | ) |
| Petitioner, | ) |
| v. | ) No. 4:13CV218 HEA |
| MICHAEL BOWERSOX, | ) |
| Respondent. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on petitioner's submission of a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and motion for leave to proceed in forma pauperis. Both are defective.

Under Rule 2(c) of the Rules Governing § 2254 Cases, the petition is required to:

(1) specify all the grounds for relief available to the petitioner;

(2) state the facts supporting each ground; [and]

(3) state the relief requested[. . .]

The instant petition is defective because it does not specify any ground for relief or state any facts supporting such ground(s). It simply refers to petitioner's hundreds of pages of exhibits, which are court documents. This is impermissible. Petitioner must specify the grounds and facts himself.

Additionally, petitioner's motion for leave to proceed in forma pauperis is unsigned.  Rule 11 of the Federal Rules of Civil Procedure states that any unsigned pleading, written motion, or other paper "shall be stricken unless omission of the signature is corrected promptly after being called to the attention of the attorney or party."

As a result, the Court will direct petitioner to submit an amended petition for writ of habeas corpus within thirty days of the date of this Order.  <u>Petitioner must fully complete the form</u>.  If petitioner fails to file an amended petition, the Court will dismiss this action.  <u>See</u> 28 U.S.C. § 2254 Rule 4.  Furthermore, the Court will direct petitioner to sign his motion for leave to proceed in forma pauperis.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to petitioner a copy of the Court's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 form.

**IT IS HEREBY ORDERED** that petitioner shall submit an amended petition for writ of habeas no later than thirty (30) days from the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk shall return petitioner's motion for leave to proceed in forma pauperis [ECF No. 2] to him so that he can sign it.

**IT IS FURTHER ORDERED** that petitioner shall sign and return his motion for leave to proceed in forma pauperis to the Court within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if petitioner fails to comply with this Order, the Court will dismiss this action.

Dated this 5th day of February, 2013.

                                                    /s/ Henry Edward Autrey
                                            _____
                                                  HENRY EDWARD AUTREY
                                            UNITED STATES DISTRICT JUDGE