UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREGORY PEEPLES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:13CV218 HEA |
| ) | |
| MICHAEL BOWERSOX, ) | |
| ) | |
| Respondent. ) | |

**OPINION, MEMORANDUM AND ORDER**

The Court previously ordered petitioner to submit an amended petition for writ of habeas corpus and to sign his motion for leave to proceed in forma pauperis. Petitioner states that he was placed in administrative segregation when the Order was issued and that he did not receive it.  As a result, the Court will allow petitioner an additional twenty-one days to file an amended petition and a motion for leave to proceed in forma pauperis.

Petitioner is cautioned that the amended petition must contain all of petitioner's claims and will be the only petition that the Court will review.  Petitioner is required to specify all the grounds for relief, the facts supporting each ground, and the relief requested.  Petitioner must use the Court-provided form when drafting the amended petition.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to petitioner a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 form and Motion to Proceed In Forma Pauperis – Habeas Cases.

**IT IS FURTHER ORDERED** that petitioner must complete the forms and return them to the Court no later than twenty-one (21) days from the date of this Order.

**IT IS FURTHER ORDERED** that failure to comply with this Order may result in the dismissal of this action.

Dated this 6th day of June, 2013.

*/s/ Henry Edward Autrey*
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE